# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0285
_____

HUGH E. WILLIAMS, IV,
Husband,

     Appellant,

     v.

HEATHER H. WILLIAMS, Wife,

     Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
Lacey Powell Clark, Judge.


January 9, 2026

PER CURIAM.

     AFFIRMED.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley C Puro of Ashley Puro, P.A., Fort Lauderdale, for Appellant.

Casey Pless Waterhouse of Waterhouse Law Firm, P.A., Fort Walton Beach; Andrew Donald Wheeler of The Wheeler Firm, PA, Niceville, for Appellee.